**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | October 17, 2013 | Probation: | Michelle Means |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Mary George | | |

Criminal Case No:   **12-cr-00045-WYD**          Counsel:

UNITED STATES OF AMERICA,                        Susan "Zeke" Knox

       Plaintiff,

v.

**16.  CHRISTOPHER YOUNG**,                     No Appearance

       Defendant.

**SENTENCING**

**3:25 p.m.**     Court in Session - Defendant present (in-custody)

> **Change of Plea Hearing - Tuesday, October 30, 2012, at 10:00 a.m.
> Plea of Guilty - Count One of Information**

    APPEARANCES OF COUNSEL.

    Court's opening remarks regarding Thomas M. Dunn's failure to appear at this hearing.

    Court requests that counsel and parties remain in the event that Mr. Dunn arrives shortly.

**ORDERED:**   Court will issue an Order to Show Cause for Mr. Dunn's failure to appear at this hearing unless Mr. Dunn appears shortly.

**3:27 p.m.**     Court in Recess

| | |
|---|---|
| **3:28 p.m.** | Court in Session |
| | Statement by Mr. Dunn about why he was late arriving for this hearing and Court's remarks that no Order to Show Cause will be issued based on his arrival. |
| 3:29 p.m. | Statement and argument on behalf of Government (Ms. Knox). |
| 3:31 p.m. | Statement and argument on behalf of Defendant (Mr. Dunn). |
| 3:36 p.m. | Statement by Defendant on his own behalf (Mr. Young). |
| | Court makes findings. |
| **ORDERED:** | Government's Motion Regarding Acceptance of Responsibility [ECF Doc. No. 850], filed August 21, 2013, is **GRANTED.** |
| | Order is **APPROVED BY THE COURT.** |
| **ORDERED:** | Government's Title 18 U.S.C. §3553(e) and §5K1.1 Motion for Downward Departure Based on Substantial Assistance [ECF Doc. No. 852], filed August 21, 2013, is **GRANTED.** |
| **ORDERED:** | Defendant be **imprisoned** for **61** months. |

**Court RECOMMENDS that the Bureau of Prisons place the defendant at the least restrictive facility within the state of Colorado that has the Residential Drug Abuse Program (R.D.A.P.).**

| | |
|---|---|
| **ORDERED:** | Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years. |
| **ORDERED:** | **Conditions** of **Supervised Release** are: |
| (X) | Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released. |
| (X) | Defendant shall not commit another federal, state or local crime. |
| (X) | Defendant shall not possess a firearm as defined in 18 U.S.C. § 921. |
| (X) | Defendant shall comply with standard conditions adopted by the Court. |
| (X) | Defendant shall not unlawfully possess a controlled substance. |

  (X)  The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance.

  (X)  The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:** **Special Condition(s)** of **Supervised Release** are:

  (X)  The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:** Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within fourteen (14) days. Defendant advised of right to appeal in forma pauperis.

**ORDERED:** Government's Motion to Dismiss Indictment as to Christopher Young [ECF Doc. No. 851], filed August 21, 2013, is **GRANTED.**

    Order is **APPROVED BY THE COURT.**

**ORDERED:** Defendant is **REMANDED** to the custody of the U.S. Marshal.

**3:42 p.m.** Court in Recess - HEARING CONCLUDED.

**TOTAL TIME: :16**